IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MONO M. DENNIS                                                                 PLAINTIFF

VS.                                                                                        4:05CV51-D-B

MIKE JOHANNS, SECRETARY OF AGRICULTURE,
UNITED STATES DEPARTMENT OF AGRICULTURE            DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)    the Defendant's motion to dismiss, or in the alternative, motion for summary judgment (docket entry 45) is GRANTED; and

(2)    this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 21st day of August 2006.

                                                                             /s/ Glen. H. Davidson
                                                                             Chief Judge